[No. 28544-4-II. Division Two. December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
FRED HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-1-00584-0, F. Mark McCauley, J., entered March 6, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28608-4-II. Division Two. December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STEVEN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00494-0, Frederick B. Hayes, J., entered March 26, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 28628-9-II. Division Two. December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
DERRICK KIRKWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01683-2, Marywave Van Deren, J., entered March 29, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28876-1-II. Division Two. December 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN C. CARMEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04693-6, Terry D. Sebring, J., entered June 3, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Seinfeld, JJ.